Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Rhonda Jenel Walker
310 S. Spring (Apt #9)
Independence MO. 64050
(Enter above the full name of Plaintiff(s))

vs.

Long motor corporation
Name

14600 W. 107th Street
Street and number

Lenexa, KS 66215
City   State   Zip Code

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

FILED
OCT 10 2017
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

Case Number: 17-cv-2592-CM-GLR
(To be assigned by Clerk)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. This employment discrimination lawsuit is based on (check only those that apply):

   [X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   [ ] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE:** *In order to bring suit in federal district court under the American with*

1

) DEFENdant: REBECCA .A . HANRAHAN -AKA- BECKy hanAHAN
(President)
) DEFendant: Daniel ERIaCHER - (Floor Supervisor)
) DEFendant: MiA WalKER - (DiRector)
) DEFENdant: MEShA Johnson - (HR Manager)(at me plant)
) DEFENdant: Chris wibE - (HR Recruiter)(4Call center)

To whom it may concern:
all The above Defendants currently still work for
LMC TRUCK. at 14600 west 107th Street.
Lenexa Kansas. 66215

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

_____

_____

_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

approximately Feb, March, April, May

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☐ Yes     Date filed: _____
☒ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes     Date filed: 09-29-2017
☐ No

6. Have you received a Notice of Right-to-Sue Letter?
☒ Yes  ☐ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [X] termination of my employment
   - [X] failure to promote me
   - [X] failure to accommodate my disability
   - [X] terms and conditions of my employment differ from those of similar employees
   - [X] retaliation
   - [X] harassment
   - [ ] reduction in wages
   - [ ] other conduct (specify):

   _____
   _____
   _____

   Did you complain about this same conduct in your charge of discrimination?
   [X] Yes    [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [ ] my race or color, which is _____
   - [ ] my religion, which is _____
   - [ ] my national origin, which is _____
   - [ ] my gender, which is [ ] male; [ ] female
   - [ ] my disability or perceived disability, which is _____
   - [ ] my age (my birth date is: _____)
   - [X] other: _____

   Did you state the same reason(s) in your charge of discrimination?
   [X] Yes    [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

(1) I believe I was discriminated against because of my harassment complaint to Mia Walker the director which I made numerous of times about the Floor Supervisor - Daniel ER lacHer. and I also Believe once Danny Returned from vacation on timeoff. He plotted against me with HR monger meisha Johnson and he also Interupted the Process of me going to a new

position, that the Director MIA Walker said I had as long as I pass the math and written part, and the Typing test I passed it all but never got to take the Typing test and once I figured out I was decieved by MIA Walker she had Danny call me to office & her & Danny fired me. I've never been late or missed work 1 day. Basically I was Railroaded Because I tried to put in my two weeks notice twice Before Intvied with new position to stay. On my last day I picked up my check at the main office Chris the HR Center Hiring. Responded to a question I ask of why did he tell Mia I flunked the test? & he said "I never told Mia Walker anything. (R.W)

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ☐ are still being committed by Defendant.
    ☐ are no longer being committed by Defendant.
    ☒ may still be being committed by Defendant.

12. Plaintiff:
    ☐ still works for Defendant
    ☒ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ☐ Yes  ☒ No

    Explain: _____

**REQUEST FOR RELIEF**

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
    ☐ Defendant be directed to employ Plaintiff
    ☐ Defendant be directed to re-employ Plaintiff
    ☐ Defendant be directed to promote Plaintiff
    ☒ Defendant be directed to Pay for mental anguish, nervous Breakdown & for my pain & suffering, and also the fact I'm on meds for PTSD, as a Result of my nervous Breakdown on May 1st the day I got Fired.

☐ Injunctive relief (please explain): _____
☒ Monetary damages (please explain): _____
☒ Costs and fees involved in litigating this case
☒ As additional relief to make Plaintiff whole, Plaintiff

seeks: __?__

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this __29__ day of __Sept__, 20__17__.

_Rhonda J. Walker_
Signature of Plaintiff

_Rhonda Jenel WALKER_
Name (Print or Type)

_310 S. Spring Apt #9_
Address

_Independence MO, 64050_
City State Zip Code

_816-316-0427_
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, ☐ Topeka }, Kansas as the location for the trial in this matter.
(Select One Location)

_Rhonda Walker_
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury.  ☒ Yes  ☐ No
(Select One)

_Rhonda Walker_
Signature of Plaintiff

Dated _09-29-2017_
(Rev. 10/15)

5

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rhonda J. Walker<br>310 S. Spring, Apt. 9<br>Independence, MO 64050 | From: | Kansas City Area Office<br>Gateway Tower II<br>400 State Avenue, Suite 905<br>Kansas City, KS 66101 |
|---|---|---|---|

[ ]  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| Amended<br>563-2017-01404 | Frank E. Ventura,<br>Investigator | (913) 551-6644 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Natascha Deguire,
Area Office Director

7/31/17
*(Date Mailed)*

Enclosures(s)

cc: **LONG MOTOR CORP.**
Attn: Human Resources
14600 W 107th St
Lenexa, KS 66215

Rhonda Walker
310 S. Spring St
Independence MO, 64050



CLERK, U.S. District Court
ELETRONIC Filing Registation
259 U.S. COURthouse
500 State AvenuE
KansAs City, KS, 66101

RECEIVED
OCT 10 2017
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS