IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RHONDA J. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:17-CV-02592-CM-GLR |
| | ) |
| LONG MOTOR | ) |
| CORPORATION, ET AL. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. Pro. 12(b)(6) and Fed. R. Civ. Pro (12)(b)(1), Defendants Long Motor Corporation ("Long Motor"), Rebecca A. Hanrahan, Daniel Erlacher, Mia Walker, Meisha Johnson (incorrectly identified as "Mesha Johnson"), and Chris Wibe (Hanrahan, Erlacher, Walker, Johnson, and Wibe are collectively referred to as "Individual Defendants"), move to dismiss Plaintiff's Complaint (ECF No. 1) on the grounds that Plaintiff Rhonda Walker ("Plaintiff") fails to state a claim upon which relief can be granted against Defendants and for lack of jurisdiction over the subject matter. Defendants are filing a separate Memorandum contemporaneously with this Motion. In support of their Motion, Defendants state:

1. On October 10, 2017, Plaintiff Rhonda Walker ("Plaintiff") filed a Complaint for alleged violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. ("Title VII").

2. It is unclear from Plaintiff's allegations in her Complaint in what manner Defendants have violated Title VII.

3. Plaintiff fails to plead sufficient facts to state a claim, of any kind, under Title VII against Defendants and, further, has improperly named the Individual Defendants under Title VII.

1

Therefore, Plaintiff's Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

4. Furthermore, Plaintiff has failed to exhaust her administrative remedies against the Individual Defendants when she failed to identify them in her Charge of Discrimination dually filed with the Equal Employment Opportunity Commission ("EEOC") and Kansas Human Rights Commission ("KHRC"). Therefore, Plaintiff's Complaint should be dismissed as to the Individual Defendants pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

5. Defendants are filing a separate Memorandum contemporaneously with this Motion.

WHEREFORE, Defendants Long Motor Corporation, Rebecca A. Hanrahan, Daniel Erlacher, Mia Walker, Meisha Johnson, and Chris Wibe respectfully request that the Court dismiss Plaintiff's Complaint for Damages, and all other relief that is just and proper under the circumstances.

Respectfully submitted by,

/s/__Weston A. Mills_____
Karen J. Halbrook   (KS #14299)
Weston A. Mills   (KS #27164)
Halbrook Wood, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
khalbrook@halbrookwoodlaw.com
wmills@halbrookwoodlaw.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 3rd day of January, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys and/or parties of record and sent via email and certified U.S. Mail, postage prepaid, to:

Rhonda Walker
310 S. Spring
Apt. #9
Independence, MO 64050
Email: wrhonda715@gmail.com

PRO SE PLAINTIFF

            /s/__Weston A. Mills_____
            Attorney for Defendant