## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RHONDA JENEL WALKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LONG MOTOR CORPORATION, ) <br> REBECCA A. HANRAHAN, ) <br> DANIEL ERLACHER, ) <br> MIA WALKER, MESHA JOHNSON, ) <br> and CHRIS WIBE, ) <br> ) <br> Defendant. | CIVIL ACTION <br><br> No. 17-2592-JWL |

## **JUDGMENT**

Pursuant to the Memorandum and Order filed on February 28, 2018, the defendants Long Motor Corporation, Rebecca A. Hanrahan, Daniel Erlacher, Mia Walker, Mesha Johnson, and Chris Wibe Motion to Dismiss for Failure to State a Claim is granted. The Plaintiff Rhonda Jenel Walker shall take nothing and this action is dismissed.

**IT IS SO ORDERED.**

**Dated this 28th day of February, 2018, in Kansas City, Kansas.**

                                                         s/ Sharon Scheurer
                                                         **By Deputy Clerk**
                                                         **TIMOTHY M. O'BRIEN**
                                                         **Clerk of the District Court**